

# Missouri Court of Appeals
## Southern District

**MAY 22, 2014**

THE FOLLOWING CASE WAS AFFIRMED PURSUANT TO RULE 84.16(b).

1.  Case No. SD32943

    Re:   HERNANDO D. ROWE,
          Appellant,
          vs.
          STATE OF MISSOURI,
          Respondent.